```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 03511
   DARLENE GARR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1726

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/15/2008 and was confirmed 04/30/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
COMMONWEALTH EDISON        UNSECURED            725.75          .00            .00
NICOR GAS                  UNSECURED            962.93          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY           16987.05          .00            .00
HOMEQ SERVICING CORP       CURRENT MORTG          .00           .00            .00
HOMEQ SERVICING CORP       MORTGAGE ARRE       1380.00          .00         1380.00
HOMEQ SERVICNG CORPORATI   NOTICE ONLY       NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED             88.70          .00            .00
PHILIP A IGOE              DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                          120.00
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     1,500.00

PRIORITY                                              .00
SECURED                                           1,380.00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               120.00
DEBTOR REFUND                                         .00
                          --------------      --------------
TOTALS                       1,500.00            1,500.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 03511 DARLENE GARR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 03511 DARLENE GARR